FILED
May 24, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002653914

2

L.J. LOHEIT, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN RE:                                ) Case No: 10-26481-E-13-L
                                      ) DCN: JDL-1
                                      )
Renato Dacquel,                       ) TRUSTEE'S RESPONSE TO CREDITOR'S
                                      ) MOTION FOR RELIEF FROM THE
                                      ) AUTOMATIC STAY
                                      )
                                      ) DATE:       June 08, 2010
                                      ) TIME:       1:00 p.m.
                                      ) JUDGE:      SARGIS
          Debtor(s)                   ) COURTROOM:  33

LAWRENCE J. LOHEIT, TRUSTEE, responds to INDYMAC FEDERAL BANK's motion in that : The Debtor is current under the proposed plan. The Debtor has paid a total of $0.00 to date. Below is a history of the receipts in this case and the disbursements which have been disbursed by the Trustee to the claim in this matter:

| | PostDate | Description | T Ck # | PostAmount |
|---|---|---|---|---|
| | | | **Total** | |

WHEREFORE, the Trustee requests that the Court consider these matters.

Dated: 5/24/2010                                        /S/ NEIL ENMARK
                                                                        Neil Enmark, Attorney for Trustee