FILED
May 26, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002659023

2

L.J. LOHEIT, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN RE: ) Case No: 10-26481-E-13L
) DCN: JDL-1
)
RENATO DACQUEL, ) TRUSTEE'S AMENDED RESPONSE TO
) CREDITOR'S MOTION FOR RELIEF
) FROM THE AUTOMATIC STAY
)
) DATE: JUNE 8, 2010
) TIME: 1:00 P.M.
) JUDGE: RONALD H. SARGIS
Debtor(s) ) COURTROOM: 33

LAWRENCE J. LOHEIT, TRUSTEE, responds to INDYMAC FEDERAL BANK/ DEUTSCHE BANK NATIONAL TRUST COMPANY motion in that:

The Debtor is current under the proposed plan. The Debtor has paid a total of $0.00 to date. The debtor has proposed a Plan with a commitment period of 36 months. The proposed Plan payment is $0.00 per month. The debtor's Plan treats the creditor as a Class 1 creditor proposing a monthly contract installment and to cure arrears owed the creditor. The Trustee has

1

ELW

filed a Motion to Dismiss set for hearing on June 1, 2010 for unreasonable delay that is prejudicial to creditors.

The plan proposed calls for no monthly payments to the Trustee and is missing the last page. The plan itself was filed April 13, 2010, (see Docket Number, hereafter DN, #19), after the Court extended time to April 14, 2010 pursuant to the request filed by debtor's counsel, (see DN # 13). The Debtor through the application to extend time to file documents revealed that the case was filed, "to stop an eviction/foreclosure", (see DN #12). Debtor's counsel was paid all of his $1500 fee before filing by the Debtor, (see DN #18).

WHEREFORE, the Trustee does not oppose the relief requested.

Dated: May 26, 2010           /S/ Neil Enmark
                              NEIL ENMARK, Attorney for Trustee

ELW